IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAS MFG INC. and ALLAN D. BAIN, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No.: 4:24-cv-002923 |
| SAFE LIFE DEFENSE LLC, and NICHOLAS GROAT, | § § § § | |
| Defendants. | § § § | |

## DECLARTION OF NICHOLAS GROAT IN SUPPORT OF HIS DEFENSE LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2)

I, NICHOLAS GROAT declare that:

1. I am over the age of eighteen years and am a resident of the State of Nevada. I make this declaration in support of my Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2).

2. I make this declaration based on my personal knowledge of the facts contained herein. If called as a witness, I could and would testify competently to the recitations set forth herein.

3. I am the founder and manager of Safe Life Defense LLC ("Safe Life"). I have served in that capacity since the company's formation in 2016.

4. I live and work in the State of Nevada.

5. I do not have a Texas identification card or driver's license and am not registered to vote in Texas.

6. I do not own or rent any real property in Texas.

7. I did not undertake any action that in any way involved the State of Texas in this case.

8. I do not regularly visit Texas, although I have visited a few times for recreational and vacation purposes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of September, 2024.

_____
NICHOLAS GROAT