Case 4:24-cv-02923   Document 18   Filed on 09/10/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-cv-2923 |
|---|---|---|---|

| SAS Mfg Inc., and Allan D. Bain, |
|---|
| *versus* |
| Safe Life Defense, LLC and Nicholas Groat |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Joanna M. Myers<br>Howard & Howard Attorneys PLLC<br>3800 Howard Hughes Pkwy, Suite 1000<br>Las Vegas, Nevada 89169<br>702-257-1483   jmm@h2law.com<br>Nevada Bar No. 12048 |
|---|---|

| Name of party applicant seeks to appear for: | Safe Life Defense LLC and Nicholas Groat |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 9/5/2024 | Signed: *Joanna M. Myers* |
|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 9/10/24 | Clerk's signature |
|---|---|

### Order

Dated: 9/10/2024

This lawyer is admitted *pro hac vice*.

_____
United States ~~District~~ Judge
Magistrate